| | |
|---|---|
| 1  RAMIRO MORALES, Esq., SBN 167947<br>    rmorales@mfrlegal.com<br>2  CURTIS R. OGILVIE, Esq., SBN 111911<br>    cogilvie@mfrlegal.com<br>3  MORALES FIERRO & REEVES<br>    2300 Contra Costa Blvd., Suite 310<br>4  Pleasant Hill, CA  94523<br>    Telephone:  (925) 288-1776<br>5  Facsimile:   (925) 288-1856 | *E-FILED - 4/15/11* |

6  Attorneys for Defendants,
   Illinois Union Insurance Company

7

8                       UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

| | |
|---|---|
| 11  SOUTH VALLEY DEVELOPERS, INC., A<br>     CALIFORNIA CORPORATION, AND OAK<br>12   CREEK DEVELOPMENT, LLC, A<br>     CALIFORNIA LIMITED LIABILITY<br>13   COMPANY,<br>14              Plaintiff,<br>15         vs.<br>16   ILLINOIS UNION INSURANCE<br>     COMPANY, DOES 1 THROUGH 50,<br>17   INCLUSIVE,<br>18              Defendants. | CASE NO.:   5:10-CV-03370-RMW<br><br>**STIPULATION AND []<br>ORDER TO RESET THE DEADLINE TO<br>COMPLETE MEDIATION TO<br>APRIL 30, 2011** |

19                              **STIPULATION**

20       IT IS HEREBY STIPULATED by and between the parties that the deadline to complete

21  mediation be extended from the present date of April 19, 2011 to April 30, 2011. The parties

22  jointly request that the Court so modify the existing Scheduling Order in this matter [*Document*

23  *10,* at p.2:9-11].  This request is made on the grounds that the parties have agreed to mediate this

24  matter in concert with a claim brought by plaintiff South Valley in state court.  The parties

25  anticipate that a joint mediation in both matters will greatly increase the likelihood of achieving a

26  mediated settlement in the within action.

27  / / /

28  / / /

---

The granting of this request will not effect the implementation of any other deadlines in this Court's Scheduling Order.

DATED this 6th day of April, 2011

**MORALES, FIERRO & REEVES**            **ELLIOT & ELLIOT**


By:__/s/ Curtis R. Ogilvie_____      By: ___/s/ Mark Sandberg_____
    CURTIS R. OGILVIE                       MARK SANDBERG
    Attorneys for Defendant, Illinois Union      Attorneys for Plaintiff, South Valley
    Insurance Company                        Developers, Inc.


**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATE: __4/15/11__            _____/s/ Ronald M. Whyte_____
                                                              Hon. Ronald M. Whyte
                                                              UNITED STATES DISTRICT JUDGE