JOHN W. ELLIOTT (State Bar No. 61042)
THOMAS A. ELLIOTT (State Bar No. 68861)
MARK S. SANDBERG (State Bar No. 207556)
ELLIOTT & ELLIOTT
160 W. Santa Clara Street, Suite 775
San Jose, CA 95113
Tel: (408) 280-2160
Fax: (408) 277-0804

Attorneys for Plaintiff, SOUTH VALLEY DEVELOPERS, INC.,
and OAK CREEK DEVELOPMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| SOUTH VALLEY DEVELOPERS, INC., AND OAK CREEK DEVELOPMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ILLINOIS UNION INSURANCE COMPANY,<br><br>Defendants. | No. 5:10-CV-03370 RMW<br><br>SOUTH VALLEY DEVELOPERS, INC.'S REQUEST FOR DISMISSAL OF ILLINOIS UNION INSURANCE COMPANY (ENTIRE ACTION) |

PLEASE TAKE NOTICE that plaintiff South Valley Developers, Inc., through its counsel of record, hereby voluntarily dismisses its complaint with prejudice against Illinois Union Insurance Company, each party to bear its own fees and costs.

WHEREAS, the claims of the parties have been resolved by mutual settlement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

1  THEREFORE, South Valley Developers, Inc. hereby dismisses the Complaint against
2  Illinois Union Insurance Company, with prejudice, with each party to bear its own attorneys' fees
3  and costs. Therefore, the entire matter is resolved.

|   |   |
|---|---|
|   | ELLIOTT & ELLIOTT |
| Dated: August 2, 2011 | ___/s/ Mark S. Sandberg___ |
|   | JOHN W. ELLIOTT |
|   | THOMAS A. ELLIOTT |
|   | MARK S. SANDBERG |
|   | Attorneys for Plaintiffs SOUTH VALLEY DEVELOPERS, INC., OAK CREEK DEVELOPMENT, LLC |

CONSENT TO ABOVE DISMISSAL

|   |   |
|---|---|
|   | MORALES FIERRO & REEVES |
| Dated: August 8, 2011 | ___/s/ Curtis R. Ogilvie___ |
|   | Curtis R. Ogilvie |
|   | Attorneys for Defendant |
|   | ILLINOIS UNION INSURANCE COMPANY |

To be completed by The Court Clerk:

☒  Dismissal entered as requested on __October 27, 2011__.

☐  Dismissal **NOT ENTERED** as requested for the following reasons (specify):

_____

_____

Date: __10/27/11__                    ~~Clerk~~ by: __/s/ Ronald M. Whyte__
                                      U.S. DISTRICT COURT, N.D.
                                      (San Jose Division)

PLAINTIFF SOUTH VALLEY DEVELOPERS, INC.'S REQUEST FOR DISMISSAL    2

K:\E & E Cases\svd-30\Miscellaneous Pleadings\request.for.dismissal.entire.action.080211.doc